■ JOSHUA HANNAH et al., Appellants, v GAIL CHORNEY, M.D., et al., Respondents. [911 NYS2d 622]—Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered April 30, 2009, which, to the extent appealed from as limited by the briefs, denied plaintiff's motion to strike defendants' answers as a sanction for spoliation, unanimously affirmed, without costs.

The absence of the operative report did not deprive plaintiff of means for establishing a prima facie case (*see e.g. Orloski v McCarthy*, 274 AD2d 633, 635-636 [2000], *lv denied* 95 NY2d 767 [2000]; *cf. Gray v Jaeger*, 17 AD3d 286 [2005]). Therefore, striking the answers would have constituted too drastic a remedy. The court properly granted plaintiff's alternative request for dismissal of the action.

We have considered the parties' remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Acosta, Richter, Abdus-Salaam and Román, JJ.